AKIN GUMP STRAUSS HAUER & FELD LLP
Dean L. Chapman, Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
dchapman@akingump.com

*Counsel for Plaintiff*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Reorganized Debtors. | Jointly Administered |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>      Plaintiff,<br>    v.<br><br>WALLET OWNER 0X10F546A6F4D20D91E5A8506124384759C9F4BC79;<br>WALLET OWNER 0XD387A6E4E84A6C86BD90C158C6028A58CC8AC459;<br>WALLET OWNER 0X2C36D622F710D60C2D0B44DA56E88141969E2D58;<br>WALLET OWNER 0X52FD8267BCAEAEEA684879CECFB7B0118A575788;<br>WALLET OWNER 0X8B13C6C3CAEB4F7C467B8DA8F871C2D62CBDFC06;<br>WALLET OWNER 0X9E8B401A1173539A92E640629C0E004A9803DFB1;<br>WALLET OWNER 0XC0D64AE6E18826F14E7B9058EB68FA6ACFD454FF;<br>WALLET OWNER 0X6A80D451135720C51AF81ECB4334A1A94B3A6055;<br>WALLET OWNER 0XD8595AC2836B7A8040F046E751B42088436B6365;<br>WALLET OWNER 0xf22f00d0b95b1b728078066e5f4410f6b2be8fae;<br>WALLET OWNER 0XBD4CE8C1100E4644A3F9B93B3CB3BE926AEE7BBD;<br>WALLET OWNER 0X7FBC25EEDFD1D7F9CE1EC1DB951D22F0A8B0691A;<br>WALLET OWNER 0XF9172446F3B6F0D027EF8F0A7FAFA117FF5439C2;<br>WALLET OWNER 0XE83C750B2708320BB134796C555B80DF39A3D97B;<br>WALLET OWNER 0X29B1B2D083456FD07B19649F8B85F9927A29B1AB;<br>WALLET OWNER 0XC352B534E8B987E036A93539FD6897F53488E56A; | Adversary Proceeding<br>Case No. 24-03994 (MG) |

2

| |
|---|
| WALLET OWNER 0X055F86A0AAF702D7324076AE9C5B9AA203204CCD; KEYFI INC.; AND JASON STONE, <br><br>                              Defendants. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dean L. Chapman, Jr. of Akin Gump Strauss Hauer & Feld LLP, with offices located at One Bryant Park, New York, New York 10036, hereby appears on behalf of Plaintiff Moshin Y. Meghji, as Litigation Administrator for Celsius Network LLC and its affiliated debtors in the above captioned adversary proceeding, and requests that all papers be served upon the undersigned.

Dated: July 22, 2024           AKIN GUMP STRAUSS HAUER & FELD LLP
New York, New York

By:   */s/ Dean L. Chapman, Jr.*
        Dean L. Chapman, Jr.
        One Bryant Park
        New York, New York 10036
        Telephone: (212) 872-1000
        Facsimile: (212) 872-1002
        dchapman@akingump.com

*Counsel for Plaintiff*