Mitchell P. Hurley
Dean L. Chapman Jr.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Elizabeth D. Scott (admitted *pro hac vice*)
Nicholas R. Lombardi (admitted *pro hac vice*)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Counsel for Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Reorganized Debtors. | Jointly Administered |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>Plaintiff,<br><br>v.<br><br>WALLET OWNER 0X10F546A6F4D20D91E5A8506124384759C9F4BC79; WALLET OWNER 0XD387A6E4E84A6C86BD90C158C6028A58CC8AC459; WALLET OWNER 0X2C36D622F710D60C2D0B44DA56E88141969E2D58; WALLET OWNER 0X52FD8267BCAEAEEA684879CECFB7B0118A575788; WALLET OWNER 0X8B13C6C3CAEB4F7C467B8DA8F871C2D62CBDFC06; WALLET OWNER 0X9E8B401A1173539A92E640629C0E004A9803DFB1; WALLET OWNER 0XC0D64AE6E18826F14E7B9058EB68FA6ACFD454FF; WALLET OWNER 0X6A80D451135720C51AF81ECB4334A1A94B3A6055; WALLET OWNER 0XD8595AC2836B7A8040F046E751B42088436B6365; WALLET OWNER 0xf22f00d0b95b1b728078066e5f4410f6b2be8fae; WALLET OWNER 0XBD4CE8C1100E4644A3F9B93B3CB3BE926AEE7BBD; WALLET OWNER 0X7FBC25EEDFD1D7F9CE1EC1DB951D22F0A8B0691A; WALLET OWNER 0XF9172446F3B6F0D027EF8F0A7FAFA117FF5439C2; WALLET OWNER 0XE83C750B2708320BB134796C555B80DF39A3D97B; | Adv. Proc. No. 24-03994 (MG) |

2

| |
|---|
| WALLET OWNER 0X29B1B2D083456FD07B19649F8B85F9927A29B1AB; WALLET OWNER 0XC352B534E8B987E036A93539FD6897F53488E56A; WALLET OWNER 0X055F86A0AAF702D7324076AE9C5B9AA203204CCD; KEYFI INC.; AND JASON STONE, |
| Defendants. |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that Plaintiff, Mohsin Y. Meghji ("Plaintiff"), Litigation Administrator for Celsius Network LLC and its affiliated debtors (together, "Debtors" or "Celsius"), by and through his undersigned counsel, prepared a letter to the Court dated July 26, 2024 (the "Letter") concerning the above-captioned adversary proceeding and requesting an extension of the seven day period provided under Federal Rule of Bankruptcy Procedure 70004(e) for service within the United States. Plaintiff filed a copy of the Letter on the docket for the captioned adversary proceeding on July 26, 2024.

**PLEASE TAKE FURTHER NOTICE** that by email dated July 31, 2024, Plaintiff's counsel was advised that Plaintiff's request to extend time to serve complaints is granted, and the Court directed Plaintiff to file this notice.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a status conference on **Thursday, August 1, 2024 at 11:00 a.m. (prevailing Eastern Time)** (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will take place remotely. Those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Status Conference will be conducted remotely using Zoom for Government. Parties wishing to appear at the Status Conference, whether making a "live" or "listen only"

3

appearance before the Court, need to make an electronic appearance (an "eCourt Appearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances (eCourt Appearances) need to be made **by 4:00 p.m. (prevailing Eastern Time), the business day before the Status Conference (*i.e.*, on Wednesday, July 31, 2024).**

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Status Conference and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Status Conference remotely must connect to the Status Conference beginning at least one hour prior to the scheduled start time of the Status Conference. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Status Conference. Parties that type in only their first name, a nickname or initials will not be admitted into the Status Conference. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Status Conference from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourt Appearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Status Conference. Additional information concerning how to participate in the Status Conference is available in the Court's Zoom Video Hearing Guide, available at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that a copy of the pleadings filed in these chapter 11 cases and adversary proceedings may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of the pleading filed in

4

these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:       July 31, 2024
               New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  */s/ Mitchell P. Hurley*
      Mitchell P. Hurley
      Dean L. Chapman Jr.
      One Bryant Park
      New York, New York 10036
      Telephone: (212) 872-1000
      Facsimile: (212) 872-1002
      mhurley@akingump.com
      dchapman@akingump.com

      Elizabeth D. Scott (admitted *pro hac vice*)
      Nicholas R. Lombardi (admitted *pro hac vice*)
      2300 N. Field Street, Suite 1800
      Dallas, TX 75201
      Telephone: (214) 969-2800
      Facsimile: (214) 969-4343
      edscott@akingump.com
      nlombardi@akingump.com

*Counsel for Plaintiff*