**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                  Reorganized Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>                  Plaintiff,<br><br>                  v.<br><br>WALLET OWNER 0X10F546A6F4D20D91E5A8506124384759C9F4BC79, *et al.*,<br><br>                  Defendants. | Adv. Proc. No. 24-03994 (MG) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>                    Plaintiff,<br><br>                  v.<br><br>WALLET OWNER 0xdbc13e67f678cc00591920cece4dca6322a79ac7, *et al.*,<br><br>                  Defendants. | Adv. Proc. No. 24-04005 (MG) |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>                 Plaintiff,<br><br>                 v.<br><br>ANTOINE CASTEL, *et al.*,<br><br>                 Defendants. | Adv. Proc. No. 24-04004 (MG) |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>                 Plaintiff,<br><br>                 v.<br><br>JOHN DOES 1–100, *et al.*,<br><br>                 Defendants. | Adv. Proc. No. 24-04009 (MG) |

### [PROPOSED] ORDER EXTENDING THE PERIOD FOR SERVICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 7004(E)

Plaintiff Mohsin Y. Meghji ("Plaintiff"), Litigation Administrator for Celsius Network LLC and its affiliated debtors (together, "Debtors" or "Celsius"), by and through his counsel, submitted a letter to the Court dated July 26, 2024 (the "Letter") concerning the above-captioned adversary proceedings (the "Adversary Proceedings") and requesting an extension of the seven-day period provided under Rule 7004(e) of the Federal Rules of Bankruptcy Procedure (the "Rules") for service of defendants within the United States.

Upon review of the Letter and arguments set forth therein; the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(a); (b); and (e) and the *Amended Standing Order*

*of Reference M10–468* of the United States District Court for the Southern District of New York (the "Southern District of New York") dated February 1, 2012, referring to the Bankruptcy Judges of the Southern District of New York all cases and proceedings arising under, arising in, or related to a case under title 11 of the United States Code (the "Bankruptcy Code"); and this Court having found that the relief requested in the Letter is appropriate; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

1. The Rule 7004(e) period for service of summons and complaints upon defendants in the Adversary Proceedings within the United States is extended to ninety (90) days from the date of issuance of the summons for the respective adversary proceeding.

2. For any defendant served within the United States more than seven (7) days after the issuance of the operative summons, the Rule 7012 deadline for such defendant to serve his, her, or its answer is extended to thirty (30) days after service of the operative summons and complaint.

**IT IS SO ORDERED.**

Dated: August __, 2024
New York, New York

_____
MARTIN GLENN
Chief United States Bankruptcy Judge

3