**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                              Reorganized Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br>                      Plaintiff,<br>           v.<br>WALLET OWNER 0X10F546A6F4D20D91E5A8506124384759C9F4BC79;<br>WALLET OWNER 0XD387A6E4E84A6C86BD90C158C6028A58CC8AC459;<br>WALLET OWNER 0X2C36D622F710D60C2D0B44DA56E88141969E2D58;<br>WALLET OWNER 0X52FD8267BCAEAEEA684879CECFB7B0118A575788;<br>WALLET OWNER 0X8B13C6C3CAEB4F7C467B8DA8F871C2D62CBDFC06;<br>WALLET OWNER 0X9E8B401A1173539A92E640629C0E004A9803DFB1;<br>WALLET OWNER 0XC0D64AE6E18826F14E7B9058EB68FA6ACFD454FF;<br>WALLET OWNER 0X6A80D451135720C51AF81ECB4334A1A94B3A6055;<br>WALLET OWNER 0XD8595AC2836B7A8040F046E751B42088436B6365;<br>WALLET OWNER 0xf22f00d0b95b1b728078066e5f4410f6b2be8fae;<br>WALLET OWNER | Adversary Proceeding<br>Case No. 24-03994 (MG)<br><br>**Affidavit of Service** |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtors' federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

> 0XBD4CE8C1100E4644A3F9B93B3CB3BE926AEE7BBD;
> WALLET OWNER
> 0X7FBC25EEDFD1D7F9CE1EC1DB951D22F0A8B0691A;
> WALLET OWNER
> 0XF9172446F3B6F0D027EF8F0A7FAFA117FF5439C2;
> WALLET OWNER
> 0XE83C750B2708320BB134796C555B80DF39A3D97B;
> WALLET OWNER
> 0X29B1B2D083456FD07B19649F8B85F9927A29B1AB;
> WALLET OWNER
> 0XC352B534E8B987E036A93539FD6897F53488E56A;
> WALLET OWNER
> 0X055F86A0AAF702D7324076AE9C5B9AA203204CCD;
> KEYFI INC.; AND JASON STONE,,
>                           Defendants.

State of New York    )
                     ) ss:
County of New York   )

    I, Candy Liang, being duly sworn, depose and say that I am not a party to this action. I am over 18 years of age and reside in Brooklyn, New York.

    That on the 26th day of July, 2024, I served a true and correct copy of the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [ECF No. 5] and *Adversary Complaint* [ECF No. 1] upon KeyFi Inc. at 99 John St., #1405, New York, NY 10038 and Jason Stone at 99 John St., #1405, New York, NY 10038 by first class mail postage prepaid.

_____
Candy Liang

Sworn to before me this 2 day of August, 2024

_Patricia T. MacKirdy_
Notary Public

PATRICIA T MACKIRDY
Notary Public - State of New York
NO. 01MA6267517
Qualified in New York County
My Commission Expires Aug 20, 2024